**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRESA R. GILLIHAN, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 2:03CV00181 SWW |
| AMERICAN GENERAL LIFE AND | * | |
| ACCIDENT INSURANCE COMPANY, | * | |
| | * | |
| Defendant | * | |
| | * | |

## ORDER

      Plaintiff filed this employment discrimination action on December 12, 2003, claiming that Defendant failed to promote her based on her gender in violation of Title VII of the 1964 Civil Rights Act and the Arkansas Civil Rights Act. Defendant filed a timely answer asserting, among other things, that this case should be dismissed or stayed pursuant to the parties' arbitration agreement.

      On July 1, 2004, the parties filed a joint motion requesting that the Court stay this case pending arbitration. Pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, the Court granted the motion and stayed the case pending arbitration.

      On September 25, 2006, an arbitrator issued an award in favor of Defendant, finding that Plaintiff filed to prove, by a preponderance of the evidence, that Defendant failed to promote her based on her gender. *See* docket entry #23(filed under seal).

      On October 16, 2006, Defendant moved to confirm the arbitrator's award and dismiss this case. Additionally, Defendant provided a copy of the parties' arbitration agreement, agreed

arbitration and mediation rules, and arbitration plan, which establish that the parties have an express written agreement providing for judicial confirmation of an arbitral award. The time for responding has passed, and Plaintiff has not filed a response.

Pursuant to 9 U.S.C. § 9, the arbitration award (docket entry #23, filed under seal) finding in favor of Defendant on all claims asserted by Plaintiff in this action is CONFIRMED. Pursuant to the judgment entered together with this order, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE