**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TERRESA R. GILLIHAN,                  *
                                      *
            Plaintiff                 *
                                      *
VS.                                   *
                                      *          NO: 2:03CV00181  SWW
AMERICAN GENERAL LIFE AND             *
ACCIDENT INSURANCE COMPANY,           *
                                      *
            Defendant                 *
                                      *

## JUDGMENT

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED,

and  ADJUDGED  that the arbitration award entered in this case (docket entry #23) is

CONFIRMED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE